

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2019

No. 04-19-00369-CV

**IN THE INTEREST OF N.N.M., A CHILD**,
Appellant

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 17-01-13061-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id.*

The appellant's brief was originally due to be filed on June 27, 2019. Because neither the brief nor a motion for extension of time was filed by the deadline, this court issued an order on July 3, 2019, ordering appellant to file his brief by July 18, 2019. This court's order stated, "**GIVEN THE TIME CONTRAINTS GOVERNING THIS APPEAL, FURTHER REQUESTS FOR EXTENSIONS OF TIME WILL BE DISFAVORED**."

On July 18, 2019, appellant filed a motion for extension of time stating the motion was appellant's "first request for an extension of time." The motion ignores this court's July 3, 2019, which previously extended the deadline for filing the brief based on appellant's failure to file a brief by the original deadline. The motion is GRANTED. Appellant's brief must be filed by August 7, 2019. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2019.



_____
Keith E. Hottle,
Clerk of Court